UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE BANKS,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES,<br><br>    Defendant. | Case No. 19-cv-00324-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF RE: DEFENDANT'S MOTION TO DISMISS** |

Pending before the Court is Defendant's motion to dismiss, (Dkt. No. 20). Plaintiff's opposition was due April 18, 2019; Plaintiff did not file an opposition or otherwise contact the Court to seek an extension of time. Thus, on or before May 2, 2019, Plaintiff must show cause as to why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41. In particular, to discharge the Order to Show Cause and avoid dismissal, **Plaintiff must file her opposition by May 2, 2019.** Defendant may thereafter file its reply, if any, by May 9, 2019. The hearing on Defendant's motion to dismiss and motion to stay initial disclosures and discovery, (Dkt. No. 25), remains scheduled for May 23, 2019.

**IT IS SO ORDERED.**

Dated:

JACQUELINE SCOTT CORLEY
United States Magistrate Judge